

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

15     1496

Paul Munson
655-063

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

The 23 & 24th orgen
A, Shopping plaza
Burger King,
Kicks USA,
Models,
Shop Rite Market,
Save A Lot Market,
Foot Locker,

**COMPLAINT**

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☑ Yes  ☐ No
(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

**I.    Parties in this complaint:**

A.    List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name  Paul Munson
             ID #  655-063
             Current Institution  PICC
             Address  8301 State Road

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1  Name BRidget & Tall girl Darkskin ← work regestir  Shield #_____
Where Currently Employed Shop rite
Address 23th orgen Shopping Plaza Phila Pa 19145

Defendant No. 2  Name Malind & the Staff  Shield #_____
Where Currently Employed Kicks USA
Address _____

Defendant No. 3  Name The whole Staff of Females  Shield #_____
Where Currently Employed Models
Address 23 & 24th orgen Shoppin Plaza Phila Pa 19145

Defendant No. 4  Name Darkskin heavy set cashier worker  Shield #_____
Where Currently Employed Foot Locker
Address 23D & 24th orgen Shopping Plaza Phila Pa 19145

Defendant No. 5  Name The Hole Staff Male & Female  Shield #_____
Where Currently Employed ~~MCD~~ Burger King
Address 23Dd & 24th orgen Shopping Plaza PHila PA 19145

## II. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur? ~~24th~~ on

B. Where in the institution did the events giving rise to your claim(s) occur? _____

C. What date and approximate time did the events giving rise to your claim(s) occur? _____

Rev. 10/2009

- 2 -

D. Facts:

[What happened to you?]
[Who did what?]
[Was anyone else involved?]
[Who else saw what happened?]

In 05 when i first got home from doing 10 years in prison up state i was taken too 24th orgen Ave Shopping Plaza i brought clothes from Kicks USA my female cousin who drove me there was told too do so she drove me down 9th Street where ever i went between her or my cousins or friends in June several people from all over the city enter my aunts home after i went too sleep from being up for a day and they took my pants down and asodimize me with their hand and my nefew & counis pulled out their private part so did the transvetites on the block people from the stores came through the door from the orgen Plaza The in 06-07 I countinue going too these stores naive about their involement But they were regauited again too repect

III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. I substain injuries too my rectum each time and Bleeding and severe pain until this day I am Sicolloy mentally emoitnonally traumitized I fear too go too sleep at night ofter I always sleep in my pants at home i put chair againts door if there is no Lock I sleep under bed in prison

IV. **Exhaustion of Administrative Remedies:**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).
_____
_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes ✓ No ____ Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes ✓ No ✗ Do Not Know ____

   If YES, which claim(s)? That when i left the jail sent out Letter of Names written down

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes ✓ No ____

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes ____ No ____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

   over PICC DC CFCF

   1. Which claim(s) in this complaint did you grieve? The fact that several people enter my 2 homes & Shelters too sexual assault

   2. What was the result, if any? None

   3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____
   _____
   _____
   _____

F.  If you did not file a grievance:

   1.  If there are any reasons why you did not file a grievance, state them here: _____

   2.  If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: _Majoes of all Three Jail Mauf, Martian, Christmas, Bello_

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _the same thing I use too see store people, people from my neiborhood, and people from the prison from co officer too nurse going back doing the recruiting one gaurd work at a bar on the weekend the other sorgent who worked over several peop_

Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.  Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). _I would like too be confensated by the courts for_

PICC Jail in 93 when I was over here He has a twin brother who is a sargent the is short stocky with big heads Bowling ball head I see female co gaurd in the CF cf Jail and nurses who enter my home in 07 08 and got me they call the game I woke up the last time sat up on my knees with the pillows 5 of them stack up under my chin I was knock out from some thing being put in my Aborsmt drink in bar by bar mate on orders from guys in block i lived on The time before that my aunt drug the Tea she gave people permission too do so When she came up the CFCF too see me orders came from over DC too put tracking Bug in my watch and get sets of Keys made I saw nurses & co gaurds who wore regular clothes I would be talking too them in bar and didnt know who they were or they got me

## VI. Previous lawsuits:

**A.** Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

On these claims

Yes ✓ No ___

**B.** If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

   Plaintiff __Paul Munson__
   Defendants __County Prison__

2. Court (if federal court, name the district; if state court, name the county) _____

3. Docket or Index number _____

4. Name of Judge assigned to your case __Judge Restrepo__

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes ✓ No ___

   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   Still Pending

C. Have you filed other lawsuits in state or federal court?

   On other claims

   Yes ✓  No ___

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____
   Defendants  CF CF County Prison

   2. Court (if federal court, name the district; if state court, name the county)  Eastern District

   3. Docket or Index number  04267

   4. Name of Judge assigned to your case  Judge Restrepo

   5. Approximate date of filing lawsuit  July 013

   6. Is the case still pending?  Yes ✓  No ___

      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
      Still Pending

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 20 day of March, 2015.

Signature of Plaintiff  Paul Munson
Inmate Number  655-063
Institution Address  8301 State Road
                     PICC Phila Pa
                     19136

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 20 day of ____March____, 20 15, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _Paul Munson_